ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN - 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURTIS JONES;<br>MICHAEL LESTER | Criminal Indictment<br><br>No. 1 14-CR-008<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

## Count One

Beginning on a date unknown to the Grand Jury, but at least in or about January 2013, and continuing until on or about the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants:

Curtis Jones; and
Michael Lester

did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally distribute and possess with the intent to distribute a controlled substance, said conspiracy involving at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about February 18, 2013, in the Northern District of Georgia, the defendants:

> Curtis Jones; and
> Michael Lester

aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with the intent to distribute a controlled substance, said act involving at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Three

On or about February 18, 2013, in the Northern District of Georgia, the defendant Michael Lester knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Title 21, United States Code, Sections 841 and 846, as set forth in Counts One and Two of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### Forfeiture Provision

1. Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants:

> Curtis Jones and
> Michael Lester

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable.

(b) REAL PROPERTY:

(1) 1980 Childress Drive, Atlanta, Fulton County, Georgia, and all buildings and appurtenances thereon, more particularly described as:

> All that tract or parcel of land lying and being in Land Lots 218 and 231 of the 14th District of Fulton County, Georgia, and being more particularly described as follows:
>
> Beginning at an iron pin found on the southeasterly right of way of Childress Drive (50' right of way) as measured 1212.00 feet from the intersection of said right of way with the south land lot line of Land Lot 218; running thence North 17 degrees 29 minutes 12 seconds west a distance of 100.00 feet to an iron pin set along the easterly right of way of Childress Drive; running thence North 87 degrees 55 minutes 45 seconds East a distance of 199.98 feet to an iron pin found; running thence South 17 degrees 46 minutes 49 seconds East a distance of 100.00 feet to an iron pin found; running thence South 87 degrees 53 minutes 21 seconds West a distance of 200.47 feet to an iron pin found and the point of beginning.

>Being known as 1980 Childress Drive SW according to the present system of numbering property in the City of Atlanta, Fulton County, Georgia, and being more particularly shown on survey prepared for Herman A. Washington by McClung Surveying, Inc. dated 01/27/98. Also being the same property as identified in that certain warranty deed recorded in Deed Book 8179, Page 38, Fulton County records.
>
>[parcel number 14 0218 LL1339].

(c) VEHICLES:

   (1) 2014 BMW M6 Gran Coupe, VIN WBS6C9C53ED466978.

   (2) 2013 Dodge Challenger, VIN# 2C3CDYCJ4DH626841.

   (3) 2013 Infiniti M37, VIN# JN1BY1AP9DM511663.

(d) FIREARMS:

   (1) One FN, model Five-Seven, 5.7x28 caliber, semi-automatic pistol, serial number 386181393.

2. This indictment charges the defendant Michael Lester, with a violation of Title 18, United States Code, Section 924(c). Upon conviction of such violation of the law as set forth in Count Three of this Indictment, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant Michael Lester shall forfeit to the United States the following firearm:

   (a) a FN, model Five-Seven, 5.7x28 caliber, semi-automatic pistol, serial number 386181393.

3. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property or seek a money

//

//

//

judgment against said defendants for any amount that would constitute the proceeds of such violation.

A __TRUE__ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
  *United States Attorney*

L. SKYE DAVIS
  *Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181