UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. |
| v. | 1:14-CR-0008-CAP-JSA |
| CURTIS JONES, | |

# **O R D E R**

This matter is before the court on the report and recommendation of the magistrate judge [Doc. No. 79]. The parties have not filed objections to the report and recoomendation. After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

**SO ORDERED** this 20th day of February, 2015.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge